IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RICHARD BIBO,**

      **Plaintiff,**

**vs.**                                                      **Civil No. 06-040 BB/LCS**

**JO ANNE B. BARNHART,**
**Commissioner of the**
**Social Security Administration,**
      **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition filed March 5, 2007. (Doc. 19.) The parties have filed no objections.

      **WHEREFORE,**

      **IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition filed March 5, 2007 (Doc. 19) are adopted by the Court.

      **IT IS SO ORDERED.**

                                                      _____
                                                      **UNITED STATES DISTRICT JUDGE**